UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAMZA ABDEL VETTAH,

       Plaintiff,

                                         CASE NO. 1:26-cv-1735

v.

                                         HON. ROBERT J. JONKER

KEVIN RAYCRAFT et al.,

       Defendants.

_____/

## ORDER

      Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee, initiated this action by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.).  The Court entered an Opinion & Judgment that directed Respondents to provide Petitioner with a bond hearing or else to release Petitioner from custody.  (ECF Nos. 6 and 7.)  The next day, the parties submitted a joint filing reporting that Petitioner was released upon payment of bond. (ECF No. 8.)  Both parties agree that the case should be dismissed.  (*Id.*)

      Because judgment had already been entered in the case, the Court construes the filing as a motion for relief from judgment under Federal Rule of Civil Procedure 60.  Because "the judgment has been satisfied" and "applying it prospectively is no longer equitable" the Court **GRANTS** the motion, vacates the judgment, and approves the stipulation to dismiss.

      **IT IS SO ORDERED.**

Dated: July 14, 2026                            /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE